UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Crim. Number |
| | ) | 19-201-JDL |
| ANTHONY JONES. | ) | |

NOTICE RE CONSENT TO SUPPRESSION HEARING BY VIDEO-CONFERENCING

Please take notice that Mr. Jones takes the position that he will not consent to the Suppression Hearing being conducted by other than an in-person hearing.

Dated at Portland, Maine this 3rd day of November, 2020.

/s/Peter E. Rodway
Rodway & Horodyski
P.O. Box 444
Portland, Maine 04112
207-773-8449
rodlaw@maine.rr.com

UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

I hereby certify that on November 3, 2020, I electronically filed Notice with the Clerk of Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Meghan Connelly, and I hereby certify that on November 3, 2020, I mailed by United States Postal Service, the document to the following non-registered participant: Mr. Anthony Jones.

/s/Peter E. Rodway
Rodway & Horodyski
P.O. Box 874
Portland, Maine 04104
(207)773-8449
rodlaw@maine.rr.com